IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

    Plaintiff,                     No. CIV S-06-1289 LKK DAD P

   vs.

D.L. RUNNELS, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 31, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 16, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: February 21, 2007.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:bb
nels1289.36