IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

    Plaintiff,                    No. CIV S-06-1289 LKK DAD P

   vs.

D.L. RUNNELS, et al.,

    Defendants.         ORDER
_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On June 18, 2008, the court ordered the United States Marshal to serve the complaint on nine defendants. The Marshal was unable to effect service on defendant Briddle based on the information plaintiff provided on form USM-285.

       If plaintiff wishes to proceed with his claims against defendant Briddle, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

       Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the second amended complaint filed April 11, 2007;

2. Within sixty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

   a. One completed USM-285 form for defendant Briddle;

   b. Two copies of the second amended complaint, including the exhibits attached thereto, filed April 11, 2007; and

   c. One completed summons form.

DATED: July 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
nels1289.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND NELSON,

    Plaintiff,                        No. CIV S-06-1289 LKK DAD P

    vs.

D.L. RUNNELS, et al.,              NOTICE OF SUBMISSION

    Defendants.                OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ one completed summons form;

    ____ one completed USM-285 form; and

    ____ two true and exact copies of the second amended complaint, including the exhibits attached thereto, filed April 11, 2007.

DATED: _____.

                                                                            Plaintiff