IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAYMOND PAUL NELSON,** | 2:06-cv-1289 LKK DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

Defendants have filed a request for an extension of time to serve their responses to Plaintiff's discovery requests. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted thirty days, to and including November 28, 2008, to serve their responses.

DATED: November 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/nels1289.36disc