IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAYMOND PAUL NELSON,<br><br>                                        Plaintiff,<br>     v.<br>D.L. RUNNELS, et al.,<br><br>                                       Defendants. | 2:06-cv-1289 LKK DAD P<br><br>**ORDER** |

      Defendants have filed a second request for an extension of time to serve their responses to Plaintiff's discovery requests. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is granted. Defendants are granted ten court days, to and including December 11, 2008, to serve their responses.

DATED: November 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

nels1289.36disc(2)