| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

    Plaintiff,                    No. CIV S-06-1289 LKK DAD P

    vs.

D.L. RUNNELS, et al.,

    Defendants.           ORDER

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 28, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2009, are adopted in full;

2. Defendants' August 20, 2008 motion to dismiss (Docket No. 36) is granted as follows:

    a. Defendants' motion to dismiss plaintiff's First Amendment Free Exercise claim against defendants Walker, Kirk and Neilsen is granted;

    b. Defendants' motion to dismiss plaintiff's damages claims under RLUIPA on grounds that the defendants are entitled to qualified immunity is granted;

    c. Defendants' motion to dismiss plaintiff's state law claims for failure to comply with the CTCA claims presentation requirement is granted and plaintiff's state law claims are dismissed without prejudice;

    d. Defendants' motion to dismiss plaintiff's request for injunctive relief as moot is granted; and

    e. Defendants Briddle, Kirk, Neilsen, and Walker are dismissed from this action and the case is allowed to proceed only on plaintiff's claims against defendants Amero, Dangler, James, and Smith and in accordance with the court's September 4, 2008 discovery order.

DATED: March 18, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT