IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

      Plaintiff,                    Case 2:06-cv-1289 LKK KJN P

    vs.

D.L. RUNNELS, et al.,

      Defendants.           <u>ORDER</u>

                               /

        This civil rights action, in which plaintiff proceeds without counsel and in forma pauperis, was reassigned to the undersigned magistrate judge on February 9, 2010.[1]  Thereafter, the court granted both of plaintiff's requests for an extension of time within which to file his opposition to defendants' motion for summary judgment.  (Defendants had earlier obtained from the prior magistrate judge two extensions of time within which to file their motion.)  The motion for summary judgment is now fully briefed and stands submitted for decision on the papers.

        However, the scheduling order filed on May 27, 2009, is now inapposite, as it required the filing of pretrial statements in March 2009 (the dates have now passed and neither party has filed a pretrial statement), and schedules trial to commence on June 29, 2010.  (<u>See</u>

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

Docket No. 55.)  The court will therefore vacate these dates pending a decision on defendants' motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Trial in this action, currently scheduled to commence on June 29, 2010 (Dkt. No. 55), is vacated pending further order of this court; and

        2. The deadlines for filing pretrial statements (Dkt. No. 55), are also vacated pending further order of this court.

DATED: April 12, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nels1289.dates