IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

        Plaintiff,                     Case 2:06-cv-1289 LKK KJN P

   vs.

D.L. RUNNELS, et al.,

        Defendants.           ORDER

_____/

       On September 16, 2010, the district judge adopted the undersigned's findings and recommendations filed August 12, 2010, and denied defendants' motion for summary judgment. (Dkt. No. 79.)  In order to set this case for jury trial and the filing of pretrial statements, the court requires the parties' estimate regarding the length of trial.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  Plaintiff and defendants shall, within seven (7) days after service of this order, file separate status reports identifying the estimated length of trial.

////

////

////

////

1    2. The court will thereafter issue a Further Scheduling Order setting this case for
2 trial and setting forth the deadlines for filing Pretrial Statements.
3    SO ORDERED.
4 DATED: September 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nels1289.fb