IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

     Plaintiff,                   Case 2:06-cv-1289 LKK KJN P

    vs.

D.L. RUNNELS, et al.,

     Defendants.              <u>ORDER</u>

_____/

        Pursuant to this court's order filed January 11, 2011, the parties submitted confidential statements indicating whether they anticipated that this case may be appropriate to schedule for a settlement conference. The statements were reviewed by staff with the court's Prisoner Settlement Program, who have concluded that a settlement conference would not be presently helpful in resolving this case. Accordingly, the parties are directed to adhere to the terms of the Further Scheduling Order filed by the undersigned on October 14, 2010 (Dkt. No. 84).

        SO ORDERED.

DATED: January 26, 2011

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

nels1289.ord.2

1