IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

    Plaintiff,                Case 2:06-cv-1289 LKK KJN P

    vs.

D.L. RUNNELS, et al.,

    Defendants.           ORDER

_____/

       Plaintiff requests an extension of time within which to comply with the court's order filed April 20, 2011, directing plaintiff to file an amended motion to obtain the trial attendance of his incarcerated witnesses, and an amended witness list.  Plaintiff now states that one of his two incarcerated witnesses has been paroled, that plaintiff is seeking his new address, and that plaintiff is awaiting the receipt of an affidavit from the remaining incarcerated witness, who has been transferred to another institution.

       Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

       1. Plaintiff's request for extension of time (Dkt. No. 95) is granted.  Plaintiff shall file, on or before May 27, 2011, an amended motion, with supporting affidavit(s), to obtain the trial attendance of plaintiff's incarcerated witness, and an amended comprehensive witness list that includes plaintiff's medical expert witnesses.

1

1    2. Due to this extension of time, the pretrial conference is rescheduled to June 2, 2011, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by any party.

3. In addition, all parties are hereby notified of the following changes in dates for the Trial Confirmation Hearing, and for Trial, both matters to be heard before the Honorable Lawrence K. Karlton, in Courtroom No. 4: (1) the Trial Confirmation Hearing is rescheduled to Monday, July 18, 2011, at 11:15 a.m., and (2) the commencement of Trial is rescheduled to Tuesday, September 20, 2011, at 10:30 a.m.

SO ORDERED.

DATED: May 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nels1289.fb.eot

2