IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

    Plaintiff,                    Case 2:06-cv-1289 LKK KJN P

    vs.

D.L. RUNNELS, et al.,

    Defendants.               <u>ORDER</u>

                                /

        On July 18, 2011, the court convened, and then continued, the Trial Confirmation Hearing in this case. The continuance is made for the purpose of according plaintiff additional time to seek legal representation. Accordingly, the Trial Confirmation Hearing is hereby rescheduled to Monday, August 15, 2011, at 11:15 a.m., in Courtroom No. 4.

        SO ORDERED.

DATED: July 19, 2011.

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT