IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

        Plaintiff,                     No. 2:06-cv-1289 LKK KJN P

    vs.

D.L. RUNNELS, et al.,             ORDER APPOINTING COUNSEL

        Defendants.            AND CONFIRMING STATUS CONFERENCE

_____/

        Plaintiff Raymond Paul Nelson is a former state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is no longer incarcerated. The court has found that appointment of counsel for plaintiff is warranted. James Jeffries Goodwin, who has been selected from the court's pro bono attorney panel, is hereby appointed and he has accepted the appointment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. James Jeffries Goodwin is appointed as counsel in the above entitled matter.

        2. James Jeffries Goodwin shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

////

////

3. A status conference remains scheduled for Monday, October 24, 2011, at 11:15 a.m., in Courtroom No. 4.

4. The Clerk of the Court is directed to serve a copy of this order upon James Jeffries Goodwin, Goodwin Law Corp, 101 Parkshore Drive, Suite 100, Folsom, California 95630.

DATED: September 29, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT