IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

        Plaintiff,                    No. 2:06-cv-1289 LKK KJN P

    vs.

D.L. RUNNELS, et al.,

        Defendants.            <u>ORDER</u>

        A status conference was held in this action on December 19, 2011. Plaintiff was represented by attorney James J. Goodwin; defendants were represented by Deputy California Attorney General Kelli M. Hammond.

        For the reasons stated at the conference, IT IS HEREBY ORDERED that:

        1. The Pretrial Order, filed June 17, 2011 (Dkt. No. 104), is vacated, including all dates set forth therein; the parties may engage in further discovery.

        2. Plaintiff is granted leave to file and serve, within thirty days after the filing date of this order, a Third Amended Complaint; if a further amended complaint is filed, defendants shall timely file and serve an answer.

        3. A further status conference is scheduled before the undersigned on Monday, April 30, 2012, at 2:30 p.m., in Courtroom No. 4.

1       4. Not later than fourteen days prior to the status conference, counsel shall together file
2  and serve a joint status report that addresses the need for any further discovery; whether there is
3  a reasonable possibility to achieve settlement in this action and, if so, whether a settlement
4  conference should be scheduled; proposed dates for a trial confirmation hearing and for trial,
5  with an estimated length of trial; and any other matters requiring resolution at the status
6  conference, or that may contribute to the just and expeditious disposition of this action.
7       SO ORDERED.
8  DATED:   December 19, 2011.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```