1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RAYMOND PAUL NELSON,

11          Plaintiff,                    No. 2:06-cv-1289 LKK KJN P

12      vs.

13  D.L. RUNNELS, et al.,

14          Defendants.          <u>ORDER</u>

15  _____/

16      A status conference was held in this action on December 19, 2011.  Plaintiff was

17  represented by attorney James J. Goodwin; defendants were represented by Deputy California

18  Attorney General Kelli M. Hammond.

19      For the reasons stated at the conference, IT IS HEREBY ORDERED that:

20      1.  The Pretrial Order, filed June 17, 2011 (Dkt. No. 104), is vacated, including all dates

21  set forth therein; the parties may engage in further discovery.

22      2.  Plaintiff is granted leave to file and serve, within thirty days after the filing date of this

23  order, a Third Amended Complaint; if a further amended complaint is filed, defendants shall

24  timely file and serve an answer.

25      3.  A further status conference is scheduled before the undersigned on Monday, April 30,

26  2012, at 2:30 p.m., in Courtroom No. 4.

1

4.  Not later than fourteen days prior to the status conference, counsel shall together file and serve a joint status report that addresses the need for any further discovery; whether there is a reasonable possibility to achieve settlement in this action and, if so, whether a settlement conference should be scheduled; proposed dates for a trial confirmation hearing and for trial, with an estimated length of trial; and any other matters requiring resolution at the status conference, or that may contribute to the just and expeditious disposition of this action.

SO ORDERED.

DATED:   December 19, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT