IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

        Plaintiff,                    Case 2:06-cv-1289 LKK KJN P

   vs.

D.L. RUNNELS, et al.,

        Defendants.             ORDER

_____/

        On December 20, 2011, after a Status Conference held before the district judge on December 19, 2011, a Further Status Conference was scheduled for April 30, 2012, and the parties were directed to file a joint status report on or before April 16, 2012.  (See Dkt. No. 116.)  No status report has been filed, and neither party has otherwise communicated with the court.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. Counsel shall separately, on or before Wednesday, April 25, 2012, show cause why each counsel did not timely file a joint status report; and

        2. Counsel shall jointly, on or before Wednesday, April 25, 2012, file a joint status report informing the court whether there is a need for further discovery in this action;

---

[1] A one-page affidavit filed on April 16, 2012, by one "Esther Miller," provides, irrelevantly, that several of plaintiff's relatives are of Native American descent.  (Dkt. No. 117.)

1

whether there is a reasonable possibility to achieve settlement in this action and, if so, whether a settlement conference should be scheduled forthwith; proposed dates for a trial confirmation hearing and for trial, with an estimated length of trial; and any other matters requiring resolution at the status conference, or that may contribute to the just and expeditious disposition of this action.

        SO ORDERED.

DATED: April 23, 2012

                                     _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

nels1289.OSC