UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

          Plaintiff,

   v.

D. L. RUNNELS, et al.,

          Defendants.
_____/

NO. CIV. S-06-1289 LKK/KJN P

O R D E R

    Previously, the court appointed James J. Goodwin to represent the plaintiff, who until then had proceeded pro per.  The case was set for pretrial conference on January 7, 2013.  The court having reviewed the papers in preparation for pretrial has concluded that appointed counsel has failed to do even the most basic things necessary for trial.

    Although nothing in the documents suggest it, it may be that counsel concluded that there was no merit in the case.  If so, he should have so informed his client and requested to be relieved.  He did not do so.  In any event, the appointment of Mr. Goodwin is

1

withdrawn.  The court refers the matter back to the ADR and Pro Bono Coordinator to seek another, different counsel.  The matter is now STAYED pending appointment of different counsel.

IT IS SO ORDERED.

DATED: January 4, 2013.

/s/ Lawrence K. Karlton
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2