UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAYMOND PAUL NELSON,

        Plaintiff,               No. 2:06-cv-1289 LKK KJN P

   vs.

D.L. RUNNELS, et al.,

        Defendants.        ORDER APPOINTING COUNSEL

_____/

       Plaintiff Raymond Paul Nelson is a former state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On September 8, 2011, the court found that appointment of pro bono counsel for plaintiff was warranted.  (Dkt. No. 111.)  On September 30, 2011, attorney James J. Goodwin was appointed to represent plaintiff.  (Dkt. No. 112.)  However, on January 4, 2013 the court withdrew the appointment of Mr. Goodwin, and referred the matter back to the ADR and Pro Bono Coordinator to locate new counsel for plaintiff.  (Dkt. No. 126.)

       Attorney Kresta N. Daly has now been selected from the pro bono panel to represent plaintiff, and she has accepted the appointment.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1.  Kresta N. Daly is appointed as counsel in the above-entitled matter.

2. Kresta N. Daly shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

3. Counsel for plaintiff and defendants shall, within sixty days after the filing date of this order, file a joint status report that addresses whether there is a need for further discovery in this action, including whether plaintiff intends to seek the services of an expert witness; whether plaintiff intends to rely on his Second Amended Complaint, or seek leave to file a Third Amended Complaint; whether there is a reasonable possibility to achieve settlement in this action and, if so, whether a settlement conference should presently be scheduled.  If plaintiff is prepared to proceed to trial at this time, the parties shall provide proposed dates for a trial confirmation hearing and for trial, with an estimated length of trial.  The parties shall address any other matters that may contribute to the just and expeditious disposition of this action.

4. Upon review of the parties' joint status report, the court will issue a further scheduling order and/or schedule a status conference.

5. The Clerk of the Court is directed to serve a copy of this order upon Kresta N. Daly, Barth Dozer & Daly, Rea Building, 431 I Street, Suite 201, Sacramento, California 95814.

SO ORDERED.

DATED: February 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT