UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PAUL NELSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D.L. RUNNELS, et al.,<br><br>　　　　　　Defendants. | No.  2:06-cv-1289 LKK KJN P<br><br><br>ORDER |

　　　　Pursuant to this court's order filed April 12, 2013, the parties submitted a Further Joint Status Report.  Therein, the parties note that they "are currently engaging in settlement negotiations, but ask the Court to appoint a magistrate judge for purposes of a settlement conference."  (ECF No. 130 at 2.)  Pursuant to this order, the court will request that the Director of the Alternative Dispute Resolution and Pro Bono Program set this matter forthwith for a settlement conference before a magistrate judge.  Although the parties also propose dates for pretrial conference and trial, the court will defer setting those matters until the conclusion of the settlement conference, if still required.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to inform Ms. Sujean Park, Director, Alternative Dispute Resolution and Pro Bono Program, to set this matter forthwith[1] for a settlement conference before a magistrate judge.[2]

2. Should the parties fail to reach a settlement agreement, the court will then set dates for pretrial conference and trial, subject to the filing of a further Joint Status Report.

SO ORDERED.

Dated:  November 15, 2013

/ nels1289.frthr.sched.med

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have indicated that they are unavailable on the following dates: January 1-10, 2014; and January 27-31, 2014. (See ECF No. 130 at 3.)  (The parties are unavailable on additional dates commencing in June 2014, but the settlement conference should be convened before then.)

[2] The undersigned is willing to preside over the settlement conference, if both sides consent thereto; otherwise, another magistrate judge shall be randomly selected.