1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND PAUL NELSON,                     No. 2:06-cv-1289 LKK KJN P

12           Plaintiff,

13       v.                                   ORDER SETTING
                                              SETTLEMENT CONFERENCE
14   D.L. RUNNELS, et al.,

15           Defendants.

16

17          Plaintiff is a former state prisoner, proceeding through counsel in this civil rights action

18   filed pursuant to 42 U.S.C. § 1983.  The parties, in their Further Joint Status Report, requested the

19   court appoint a magistrate judge for purposes of a settlement conference.  As both parties have

20   agreed to participate in a settlement conference before the presiding magistrate judge, this case

21   will be set for a settlement conference on February 25, 2014, at 9:00 a.m., at the U. S. District

22   Court, 501 I Street, Sacramento, California 95814, in Courtroom #25, before the undersigned

23   magistrate judge.

24          The parties will be required to file a signed Waiver of Disqualification (included below),

25   no later than December 5, 2013.

26          In accordance with the above, IT IS HEREBY ORDERED that:

27              1.  This case is set for a settlement conference before the undersigned magistrate

28   judge on Tuesday, February 25, 2014, at 9:00 a.m., at the U.S. District Court, 501 I Street,

1

Sacramento, California 95814, in Courtroom #25 (8th floor).

2.  The parties are required to file a signed waiver of Disqualification, no later than December 5, 2013.

3.  A representative with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person.[1]

4.  Those in attendance must be prepared to discuss the claims, defenses and damages.  The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

5.  The parties are directed to exchange non-confidential settlement statements seven days prior to this settlement conference.  These statements shall simultaneously be delivered to the court using the following email address: kjnorders@caed.uscourts.gov.  If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

SO ORDERED.

Dated:  November 20, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nels1289.med

---

[1] While the exercise of its authority is subject to abuse of discretion review, "the district court has the authority to order parties, including the federal government, to participate in mandatory settlement conferences… ."  United States v. United States District Court for the Northern Mariana Islands, 694 F.3d 1051, 1053, 1057, 1059 (9th Cir. 2012)("the district court has broad authority to compel participation in mandatory settlement conference[s].").  The term "full authority to settle" means that the individuals attending the mediation conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.  G. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989), cited with approval in Official Airline Guides, Inc. v. Goss, 6 F. 3d 1385, 1396 (9th Cir. 1993).  The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate.  Pittman v. Brinker Int'l., Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003), amended on recon. in part, Pitman v. Brinker Int'l, Inc., 2003 WL 23353478 (D. Ariz. 2003).  The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference.  Pitman, 216 F.R.D. at 486.  An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.  Nick v. Morgan's Foods, Inc., 270 F. 3d 590, 596-97 (8th Cir. 2001).

2

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9
10    RAYMOND PAUL NELSON,                          No. 2:06-cv-1289 LKK KJN P

11                 Plaintiff,

12          v.                                      WAIVER OF DISQUALIFICATION

13    D.L. RUNNELS, et al.,

14                 Defendants.

15

16          Under Local Rule 270(b) of the Eastern District of California, the parties to the herein

17    action affirmatively request that Magistrate Judge Kendall J. Newman participate in the

18    settlement conference scheduled for February 25, 2014.  Should the parties consent to trial of the

19    case before the assigned Magistrate Judge, they waive any claim of disqualification to the

20    assigned Magistrate Judge trying the case thereafter.

21

22                                          _____

23    By:
                                                 Attorney for Plaintiff

24    Dated:_____

25

26                                          _____

27    By:
                                                 Attorney for Defendants

28    Dated:_____

                                            3