IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>D.L. RUNNELS, et. al.,<br><br>    Defendant. | Case No. 2:06-CV-1289 LKK KJN P<br><br>**NOTICE OF MOTION, MOTION AND [PROPOSED] ORDER DISMISSING DEFENDANT G. JAMES, M.D.** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiff Raymond Nelson, by and through his counsel of record, Kresta Nora Daly of Barth Daly LLP, hereby moves to dismiss defendant G. James, M.D., with prejudice.

Dated:  February 26, 2014.

By  /s/ Raymond Nelson

Dated:  February 26, 2014.          BARTH DALY LLP


By  /s/ Kresta Nora Daly
    KRESTA NORA DALY

-1-

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

**ORDER**

Upon review of the above stipulation, **IT IS HEREBY ORDERED** that defendant G. James, M.D. is dismissed, with prejudice, from this action.

Dated: February 28, 2014

/nels1289.dsms.df

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE