UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PAUL NELSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D.L. RUNNELS, et al.,<br><br>　　　　　Defendants. | No. 2:06-cv-1289 LKK KJN P<br><br><br><br><br>ORDER |

　　　　The parties have reached a settlement in this action that includes dismissal of all defendants and all claims against each defendant.  (See ECF Nos. 136-142.)  Defendant James was dismissed with prejudice by order of this court filed March 3, 2014.  (ECF No. 139.) Plaintiff now requests the dismissal of remaining defendants Amero, Dangler and Smith; these defendants have filed a statement of non-opposition.  (ECF Nos.  140, 142.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendants Amero, Dangler and Smith are dismissed from this action, with prejudice; and

　　　　2. This action is closed.

Dated:  April 1, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/nels1289.close

1